1064

No. 99–6522. STEWART v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 99–6528. LANTZ v. ARCTIC ORION FISHERIES ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–6538. GARDNER ET AL. v. NISSAN MOTOR ACCEPTANCE CORP. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 99–6540. MOORE v. FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 99–6543. WILLIAMS v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 99–6555. KIDWELL v. SHAWNEE COUNTY BOARD OF COUNTY COMMISSIONERS. C. A. 10th Cir. Certiorari denied.

No. 99–6557. LOPEZ v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 99–6561. WELLS v. LAMSON & SESSIONS CO. ET AL. C. A. 8th Cir. Certiorari denied.

No. 99–6562. CLARK v. LAND ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–6563. CARMELO JIMENEZ v. CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 99–6564. MELTON v. VASQUEZ, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 99–6565. JILES v. SPARKMAN, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–6658. BUBENCHIK v. OHIO. Ct. App. Ohio, Stark County. Certiorari denied.

No. 99–6748. ROONEY v. KELLY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 99–6767. THOMAS v. KENTUCKY. Ct. App. Ky. Certiorari denied.